IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

   v.

RIVERBOAT DELTA KING, INC.,
et al.,

        Defendants.
_____/

CIV. S-07-00400-DFL-DAD

<u>ORDER RE DISPOSITION AFTER
NOTIFICATION OF SETTLEMENT</u>

    The court has been advised by Scott N. Johnson, Esq., that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1. That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than May 16, 2007, and,

    2.  That all hearing dates previously set in this matter are vacated.

    IT IS SO ORDERED.

Dated:  April 25, 2007

                              /s/ David F. Levi
                              DAVID F. LEVI
                              United States District Judge